*11
 
 Battle, J.
 

 Several objections have been taken to the recovery of the plaintiff in the present case, one of which is so manifestly fatal to the action, that it is unnecessary for us to notice any other. If an executor or administrator die intestate before he has completed the settlement of the estate of his testator, or intestate, by paying the debts, and also by assenting to, or paying the legacies, or making distribution, an administrator
 
 de bonis non
 
 of such testator or intestate, must be appointed for the purpose of completing such settlement. It was upon that principle, and with that view, the administration
 
 de bonis non
 
 on the estate of the first intestate Robinson, was taken out in the present case. If any thing were due to that estate from the first administrator, Forbes, it might have been recovered, upon his death, from his administrator Samuel Ferebee, provided administration
 
 de bonis non
 
 had been taken out and suit brought in proper time. When Samuel Ferebee died, his executor, Samuel W. Ferebee did not become the representative of Forbes, and, of course, is not liable for the debts or obligations of his estate. See 2 Ohitty’s Blackstone, 422, 423. Administration
 
 de bonis non
 
 must be taken out on the estate of Forbes, for such administrator is the only person who can sue the present defendant, as the representative of Samuel Ferebee, for any assets or debt which he may have had or owed, at the time of
 
 Ms
 
 death, to the estate of his intestate, Forbes, and then such administrator
 
 de bonis non
 
 of Forbes, will be the only person who can be sued on any debt or liability of Forbes to the estate of his intestate, Robinson, now represented by the present plaintiff.
 

 The principles above enunciated, will be found fully and clearly set forth in the cases of
 
 Taylor
 
 v.
 
 Brooks,
 
 4 Dev. and Bat. Rep. 139;
 
 State
 
 v. Johnston, 8 Ire. Rep. 381 and 397,
 
 State
 
 v. Britton, 11 Ire. Rep. 110.
 

 The judgment in favor of the plaintiff, on the case agreed, must be set aside, and a judgment be entered for the defendant.
 

 Peb Cubiam,
 

 Judgment reversed.